# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Connell,, Beverly | United States District Court, Central District of California | 10/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United State District Court
Central District
312 North Spring Street
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Loyola Law School, agreement to serve as Adjunct Professor in 2013 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Loyola Law School - teaching | $6,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Los Angeles County District Attorney's Office - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  3D Systems (DDD) | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 2.  3D Systems (DDD) | A | Dividend | K | T | Buy (add'l) | 10/08/13 | K | | |
| 3.  Abbive (ABBV) | B | Distribution | K | T | Buy | 03/05/13 | K | | |
| 4.  Abbive (ABBV) | B | Distribution | K | T | Buy (add'l) | 09/03/13 | K | | |
| 5.  Advent Clay (AVK) | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 6.  Alliance stock (NFJ) | B | Dividend | K | T | Buy | 06/11/13 | J | | |
| 7.  Apple stock (AAPL) | B | Dividend | L | T | Buy | 05/29/13 | K | | |
| 8.  Apple stock (AAPL) | B | Dividend | L | T | Buy (add'l) | 06/14/13 | K | | |
| 9.  Am. Intel Group Stock | A | Dividend | J | T | | | | | |
| 10.  Atlas Pipeline Partners stock (APL) | B | Dividend | K | T | | | | | |
| 11.  BGC Partners stock (BGCP) | A | Dividend | | | Sold | 04/25/13 | K | B | |
| 12.  Bank of America stock (BAC) | A | Dividend | L | T | Buy | 06/26/13 | L | | |
| 13.  Bank of America stock (BAC) | A | Dividend | L | T | Buy (add'l) | 07/11/13 | L | | |
| 14.  Bank of America stock (BAC) | A | Dividend | L | T | Buy (add'l) | 09/13/13 | L | | |
| 15.  Blackrack (C11) | B | Dividend | J | T | Buy | 06/13/13 | J | | |
| 16.  Box Ships (TEV) | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 17.  Brookfield AM (BAM) | A | Dividend | J | T | Buy | 10/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CVR (CVPR) | A | Distribution | J | T | Buy | 02/06/13 | J | | |
| 19. CVR (CVPR) | A | Distribution | J | T | Buy (add'l) | 03/27/13 | J | | |
| 20. Calumet (CLMT) | B | Dividend | J | T | Buy | 10/01/13 | J | | |
| 21. Calamos Glo (CGO) | B | Dividend | K | T | Buy | 06/11/13 | K | | |
| 22. Calamos Glo (CGO) | B | Dividend | K | T | Buy (add'l) | 08/21/13 | K | | |
| 23. Calamos Glo (CHW) | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 24. Calamos Strategic Total Return Fund (CGO) | B | Dividend | K | T | Buy | 05/29/13 | K | | |
| 25. Calamos Strategic Total Return Fund (CGO) | B | Dividend | K | T | Buy (add'l) | 09/11/13 | K | | |
| 26. CSX Corp. stock (CSX) | A | Dividend | J | T | | | | | |
| 27. Cerovus (CVE) | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 28. Chesapeake Granite Water stock (CHKR) | B | Distribution | | | Sold | 06/13/13 | J | A | |
| 29. Citigroup Inc. stock (C) | A | Distribution | | | Sold | 01/29/13 | K | A | |
| 30. Clean Energy Fuels stock (CLNE) | A | Distribution | | | Sold | 08/15/13 | K | A | |
| 31. Commonwealth REIT (CWH) | B | Dividend | K | T | Buy | 05/15/13 | K | | |
| 32. Commonwealth REIT (CWH) | B | Dividend | K | T | Buy (add'l) | 06/14/13 | K | | |
| 33. Commonwealth REIT (CWH) | B | Dividend | K | T | Buy (add'l) | 06/19/13 | K | | |
| 34. Commonwealth REIT (CWH) | B | Dividend | K | T | Buy (add'l) | 09/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Commonwealth REIT (CWH) | B | Dividend | K | T | Buy (add'l) | 10/03/13 | K | | |
| 36. CrossTex Energy stock (LP) | A | Distribution | | | Sold | 06/10/13 | K | D | |
| 37. Davidson Multi-Corp. (DFMAX) | A | Dividend | K | T | Buy | 10/15/13 | K | | |
| 38. Davidson Multi-Corp. (DFMAX) | A | Dividend | K | T | Buy (add'l) | 12/18/13 | K | | |
| 39. Discovery Laboratories stock (DSCO) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 40. Div & Ins Fd. (DNI) | C | Dividend | K | T | Buy | 07/08/13 | K | | |
| 41. Div & Ins Fd. (DNI) | C | Dividend | K | T | Buy (add'l) | 09/05/13 | K | | |
| 42. Div & Ins Fd. (DNI) | C | Dividend | K | T | Buy (add'l) | 09/16/13 | K | | |
| 43. EMC Corp. stock (EMC) | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 44. East West Bankcorp. stock (EWBC) | A | Dividend | | | Sold | 05/13/13 | J | B | |
| 45. Easton Vance (EXG) | A | Dividend | J | T | Buy | 06/17/13 | K | | |
| 46. Enerplus Corp. stock (ERF) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 47. First Trust (TDIV) | A | Dividend | J | T | Buy | 09/17/13 | J | | |
| 48. Ford Motor corp. stock (F) | A | Dividend | J | T | Buy | 06/25/13 | L | | |
| 49. Ford Motor corp. stock (F) | A | Dividend | J | T | Buy (add'l) | 08/01/13 | L | | |
| 50. Ford Motor corp. stock (F) | A | Dividend | J | T | Buy (add'l) | 08/15/13 | L | | |
| 51. Ford Motor corp. stock (F) | A | Dividend | J | T | Buy (add'l) | 09/19/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Frontier Communications stock | A | Dividend | J | T | | | | | |
| 53. General Electric Corp. stock (GE) | B | Dividend | K | T | | | | | |
| 54. Genuine Parts Co. stock (GPC) | B | Dividend | | | Sold | 03/22/13 | J | B | |
| 55. Group Health (OPK) | A | Dividend | K | T | Buy | 01/24/13 | K | | |
| 56. Group Health (OPK) | A | Dividend | K | T | Buy (add'l) | 02/08/13 | K | | |
| 57. Group Health (OPK) | A | Dividend | K | T | Buy (add'l) | 04/29/13 | K | | |
| 58. Group Health (OPK) | A | Dividend | K | T | Buy (add'l) | 09/04/13 | K | | |
| 59. Group Health (OPK) | A | Dividend | K | T | Buy (add'l) | 12/03/13 | K | | |
| 60. HCP, Inc. stock (HCP) | B | Dividend | K | T | Buy | 10/17/13 | K | | |
| 61. Halozyme (HAYO) | B | Dividend | J | T | Buy | 10/01/13 | J | | |
| 62. Healthcare Tr. America stock (HTA) | A | Dividend | K | T | Buy | 05/29/13 | K | | |
| 63. Healthcare Tr. America stock (HTA) | A | Dividend | K | T | Buy (add'l) | 06/12/13 | K | | |
| 64. Healthcare Tr. America stock (HTA) | A | Dividend | K | T | Buy (add'l) | 06/21/13 | K | | |
| 65. Huntsman Corp. stock (HUN) | A | Dividend | | | Sold | 09/20/13 | K | C | |
| 66. Intel corp. stock (INTC) | A | Dividend | | | Sold | 06/13/13 | J | C | |
| 67. International Paper (IP) | A | Dividend | J | T | Buy | 10/28/13 | J | | |
| 68. I Shares ETF (EEM) | A | Dividend | K | T | Buy | 10/01/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares (IEV) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 70. Invest. RET stock (IRET) | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 71. Invest. RET stock (IRET) | A | Dividend | J | T | Buy (add'l) | 09/11/13 | J | | |
| 72. Janus Capital Group stock (JNS) | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 73. John Hancock Div. (HTD) | B | Dividend | K | T | Buy | 10/01/13 | K | | |
| 74. JP Morgan Chase Alt (AMJ) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 75. Kayne Anderson stock (KED) | A | Dividend | K | T | Buy | 09/04/13 | J | | |
| 76. Leapfrog Ent. stock (LF) | A | Distribution | | | Sold | 11/18/13 | K | A | |
| 77. Lexington Realty Trust stock (LXP) | B | Distribution | | | Sold | 04/05/13 | J | B | |
| 78. Masco Corp. stock (MAS) | A | Dividend | | | Sold | 02/12/13 | J | B | |
| 79. Merck & Co. stock (MRK) | A | Dividend | | | Sold | 03/05/13 | J | C | |
| 80. Mercury Gen. Ins. Co. stock (MCY) | A | Dividend | J | T | Buy | 03/27/13 | J | A | |
| 81. Mercury Gen. Ins. Co. stock (MCY) | A | Dividend | J | | Merged (with line 80) | 05/15/13 | J | A | |
| 82. Microsoft Corp. stock (MSFT) | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 83. Microsoft Corp. stock (MSFT) | A | Dividend | K | T | Buy (add'l) | 10/24/13 | K | | |
| 84. McQuarie First Trust (MFJ) | B | Dividend | J | T | Buy | 10/09/13 | J | | |
| 85. National Oilwell Vargo (NOV) | A | Dividend | K | T | Buy | 10/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | National Tech. Sys. stock | B | Distribution | | | Sold | 05/15/13 | J | B | |
| 87. | NGP Capital Resources stock (NCPG) | A | Dividend | | | Sold | 10/28/13 | J | B | |
| 88. | NVIDIA Corp. stock (NVDA) | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 89. | Nokia Corp. stock (NOK) | A | Dividend | J | T | Sold (part) | 05/13/13 | J | B | |
| 90. | Nokia Corp. stock (NOK) | A | Dividend | J | T | Sold (part) | 09/13/13 | J | B | |
| 91. | Northern Lights (TWOAX) | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 92. | Northern Lights (TWOAX) | A | Dividend | K | T | Buy (add'l) | 09/30/13 | K | | |
| 93. | Northern Lights (TWOAX) | A | Dividend | K | T | Buy (add'l) | 12/27/13 | K | | |
| 94. | Novadale Tech (NVDQ) | B | Dividend | K | T | Buy | 09/26/13 | K | | |
| 95. | Novadale Tech (NVDQ) | B | Dividend | K | T | Buy (add'l) | 10/11/13 | K | | |
| 96. | Novavax stock (NVAX) | A | Dividend | K | T | Buy | 09/20/13 | K | | |
| 97. | Novavax stock (NVAX) | A | Dividend | K | T | Buy (add'l) | 10/30/13 | K | | |
| 98. | Novavax stock (NVAX) | A | Dividend | K | T | Buy (add'l) | 12/16/13 | K | | |
| 99. | Nuverra Environmental | A | Distribution | | | Sold | 08/20/13 | J | A | |
| 100. | OCZ Technology stock (OCZTQ) | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 101. | Pacific Coast Oil (ROYT) | C | Dividend | K | T | Buy | 11/27/13 | K | | |
| 102. | Pacific Coast Oil (ROYT) | C | Dividend | K | T | Buy (add'l) | 12/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Petroleo Brasileiro (PBR) | A | Dividend | K | T | Buy | 09/20/13 | K | | |
| 104. Petroleo Brasileiro (PBR) | A | Dividend | K | T | Buy (add'l) | 10/01/13 | K | | |
| 105. Physicians Realty (DOC) | B | Dividend | K | T | Buy | 09/17/13 | K | | |
| 106. Physicians Realty (DOC) | A | Dividend | J | T | Buy (add'l) | 09/23/13 | K | | |
| 107. Powershares OFF (PXR) | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 108. Qualcomm Inc. stock (QCOM) | A | Dividend | | | Sold | 07/08/13 | J | A | |
| 109. Quicksilver Corp. stock (ZQK) | B | Dividend | | | Sold | 01/08/13 | J | B | |
| 110. Rayonier (RYN) | A | Dividend | K | T | Buy | 10/25/13 | K | | |
| 111. Realty, Inc. (O) | A | Dividend | K | T | Buy | 10/07/13 | K | | |
| 112. RiteAid Corp. stock (RAD) | B | Dividend | | | Sold | 06/07/13 | J | B | |
| 113. Sandisk Corp. stock (SNDK) | B | Dividend | | | Sold | 06/03/13 | J | B | |
| 114. Seadrill Ltd. stock (SDRL) | B | Dividend | | | Sold | 06/19/13 | K | C | |
| 115. Sector Fin (XLF) | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 116. Sector Mtls ETC (XLB) | A | Dividend | J | T | Buy | 09/23/13 | J | | |
| 117. Senior Housing Properties stock (SNH) | C | Dividend | K | T | Buy | 03/26/13 | K | | |
| 118. Senior Housing Properties stock (SNH) | B | Dividend | K | T | Buy (add'l) | 04/05/13 | K | | |
| 119. Senior Housing Properties stock (SNH) | B | Dividend | K | T | Buy (add'l) | 06/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Senior Housing Properties stock (SNH) | C | Dividend | K | T | Buy (add'l) | 06/21/13 | K | | |
| 121. Senior Housing Properties stock (SNH) | B | Dividend | K | T | Buy (add'l) | 07/23/13 | K | | |
| 122. Senior Housing Properties stock (SNH) | C | Dividend | K | T | Buy (add'l) | 08/22/13 | K | | |
| 123. Senior Housing Properties stock (SNH) | C | Dividend | K | T | Buy (add'l) | 09/13/13 | K | | |
| 124. Senior Housing Properties stock (SNH) | C | Dividend | K | T | Buy (add'l) | 10/14/13 | K | | |
| 125. Silver Bay (SBY) | A | Distribution | | | Sold | 04/29/13 | K | A | |
| 126. Staples Corp. stock (SPLS) | A | Dividend | | | Sold | 05/23/13 | J | C | |
| 127. Star Gas PT (SGU) | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 128. Starbucks Corp. stock (SBUX) | B | Dividend | M | T | Buy | 09/04/13 | K | | |
| 129. Starbucks Corp. stock (SBUX) | B | Dividend | M | T | Buy (add'l) | 09/23/13 | K | | |
| 130. Synovus Financial Corp. stock | A | Dividend | J | T | | | | | |
| 131. TCP Capital Group stock (TCPC) | A | Dividend | | | Sold | 10/18/13 | K | A | |
| 132. Torchlight En (TRCH) | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 133. Towerstream (TWER) | A | Dividend | K | T | Buy | 08/15/13 | K | | |
| 134. Towerstream (TWER) | A | Dividend | K | T | Buy (add'l) | 08/21/13 | K | | |
| 135. Towerstream (TWER) | A | Dividend | K | T | Buy (add'l) | 09/16/13 | K | | |
| 136. Transamerica MLP (TMLAX) | A | Dividend | J | T | Buy | 10/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Transamerica MLP (TMLAX) | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 138. Umpqua ((UMP) | A | Dividend | K | T | Buy | 10/02/13 | K | | |
| 139. Uranium Energy Corp. stock (UEC) | C | Distribution | K | T | Sold (part) | 01/08/13 | K | C | |
| 140. Uranium Energy Corp. stock (UEC) | C | Distribution | K | T | Sold (part) | 03/13/13 | K | C | |
| 141. Uranium Energy Corp. stock (UEC) | C | Distribution | K | T | Sold (part) | 06/27/13 | K | C | |
| 142. Vale SA APL (VALE) | B | Dividend | K | T | Buy | 09/20/13 | K | | |
| 143. Vale SA APL (VALE) | B | Dividend | K | T | Buy (add'l) | 10/14/13 | K | | |
| 144. Vale SA APL (VALE) | B | Dividend | K | T | Buy (add'l) | 11/05/13 | K | | |
| 145. Vanguard Emerging Market (VWO) | A | Dividend | K | T | Buy | 09/26/13 | K | | |
| 146. Vanguard Europe stock (VGK) | A | Dividend | J | T | Buy | 10/02/13 | J | | |
| 147. Vanguard PRIMECAP fund (VPMCX) | B | Dividend | K | T | | | | | |
| 148. Vanguard Windso II Fund (VWNFX) | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 149. Vanguard Windso II Fund (VWNFX) | A | Dividend | J | T | Buy (add'l) | 12/18/13 | J | | |
| 150. Walt Disney (DIS) | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 151. Western Union (WV) | B | Distribution | | | Sold | 04/29/13 | J | B | |
| 152. Weyerhauser (WY) | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 153. Windstream Corp. stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CASTEFA municipal bond | A | Interest | J | T | | | | | |
| 155. CASTPW municipal bond | B | Interest | J | T | | | | | |
| 156. CASTCMNYS municipal bond | B | Interest | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. Claremont Univ. Graduate bond | B | Interest | K | T | | | | | |
| 159. Cajon Valley Elem. School municipal bond | A | Interest | J | T | | | | | |
| 160. Cajon, CA municipal bond | A | Int./Div. | J | T | | | | | |
| 161. Calfornia Public Works municipal bond | A | Interest | K | T | | | | | |
| 162. Huntington Mem. Hosp. municipal bond | B | Interest | K | T | | | | | |
| 163. Huntington Mem. Hosp. municipal bond | B | Interest | K | T | | | | | |
| 164. Monrovia Library Proj. municipal bond | A | Interest | K | T | | | | | |
| 165. Orange County Series A municipal bond | A | Interest | K | T | | | | | |
| 166. Oxnard Gas municipal bond | A | Interest | K | T | | | | | |
| 167. Ventura County Unified School Dist. municipal bond | A | Interest | K | T | | | | | |
| 168. Woodside Elementary School municipal bond | A | Interest | K | T | | | | | |
| 169. Chase Bank cash accounts | A | Interest | K | T | | | | | |
| 170. Los Angeles County Horizons 2015 Tgt Date Fund | | None | | | Sold | 09/17/13 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Los Angeles County Horizons Large Group Equity Fund | | None | | | Sold | 09/17/13 | L | D | |
| 172. LA County Savings Large Group Equity Fund | | None | | | Sold | 09/17/13 | L | D | |
| 173. LA County Savings Balance Fund | | None | | | Sold | 09/17/13 | L | D | |
| 174. LA County Savings Stable Value Fund | | None | | | Sold | 09/17/13 | L | D | |
| 175. LA County Savings Plan | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, pages 9 and 11-14, lines 99, 125, 151, 154-156, and 160 should have been reported on the Nomination Report or the Nomination Report amendment filed in October 2013. They were erroneously omitted due to incomplete infomration. Items 170-175 were reported on the Nomination Report amendment filed in October 2013. They had been erroneously omitted from the Nomination Report.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell,, Beverly | 10/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Beverly O'Connell,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544